**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23273-KMM

CARLOS BRITO,

Plaintiff,

v.

CSM-KEY BISCAYNE EQUITIES, LLC;
MILANEZZA LLC d/b/a MILANEZZA;
and SIR PIZZA ENTERPRISES, INC.
d/b/a SIR PIZZA,

Defendants.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendants, CSM-KEY BISCAYNE EQUITIES, LLC; MILANEZZA LLC d/b/a MILANEZZA; and SIR PIZZA ENTERPRISES, INC. d/b/a SIR PIZZA, hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this February 4, 2025.

*By: /s/ Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*By: /s/ John B. Rosenquest IV*
JOHN B. ROSENQUEST IV
Florida Bar No. 48431
**KRINZMAN HUSS LUBETSKY FELDMAN & HOTTE**
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
E-mails: jbr@khllaw.com;
mlopez@khllaw.com;
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 4, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: _/s/_*Ramon J. Diego*_______
RAMON J. DIEGO